UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COLLEGE GREENS EXECUTIVE PLAZA LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:18-cv-00169-MCE-KJN<br><br>**ORDER OF DISMISSAL** |

In accordance with the parties' Joint Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1), and good cause appearing, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs. The matter having now been resolved in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: September 13, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE